IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ALFRED PAPPALARDO, <br><br> Plaintiff, <br><br> v. <br><br> ADVENT PRODUCT DEVELOPMENT, INC., <br><br> Defendant. | Civil Action No. 06-4697 (RMB) <br> [Docket No. 6] |
| VERNON PRIOLEAU, <br><br> Plaintiff, <br><br> v. <br><br> ADVENT PRODUCT DEVELOPMENT, INC., et al., <br><br> Defendants. | Civil Action No. 06-4698 (RBK) <br> [Docket No. 6] <br><br> **ORDER** |

THIS MATTER having come before the Court upon Defendant's motion to dismiss, or alternatively, to transfer this matter to the District of South Carolina; and the Court having considered the moving papers, and the opposition thereto; and the Court having heard oral argument from the parties; and for the reasons expressed in the Opinion issued this date;

IT IS hereby **ORDERED** that the Defendant's motion for to transfer to the District of South Carolina is **GRANTED**;

1

IT IS FURTHER ORDERED that Defendant's motions to dismiss are **DENIED** as **moot**.

Dated: April 30, 2007                                **s/Renée Marie Bumb**
                                                     RENÉE MARIE BUMB
                                                     UNITED STATES DISTRICT JUDGE